UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| DAVID NAVARRO, | 1:11-cv-01459-SKO (PC) |
| Plaintiff, | ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS (Motion #2) |
| v. | and |
| K. XIONG, et al., | ORDER DIRECTING PAYMENT OF INMATE FILING FEE BY FRESNO COUNTY SHERIFF |
| Defendants. | |

Plaintiff, a prisoner proceeding pro se, filed this action pursuant to 42 U.S.C. § 1983 on August 31, 2011. Plaintiff has requested leave to proceed in forma pauperis and he has made the requisite showing. 28 U.S.C. § 1915. Plaintiff's request to proceed in forma pauperis will therefore be granted. Plaintiff is obligated to pay the statutory filing fee of $350.00 for this action and to make monthly payments in the amount of twenty percent of the preceding month's income credited to his trust account. 28 U.S.C. § 1915(b)(1). The Fresno County Sheriff's Department/Fresno County Jail is required to send to the Clerk of the Court payments from plaintiff's account each time the amount in the account exceeds $10.00, until the statutory filing fee is paid in full. 28 U.S.C. § 1915(b)(2).

In accordance with the above and good cause appearing therefore, IT IS HEREBY ORDERED that:

    1. Plaintiff's application to proceed in forma pauperis is GRANTED;

**2. The Fresno County Sheriff or her designee shall collect payments from plaintiff's jail trust account in an amount equal to twenty per cent (20%) of the preceding month's income credited to plaintiff's trust account and shall forward those payments to the Clerk of the Court each time the amount in the account exceeds $10.00, in accordance with 28 U.S.C. § 1915(b)(2), until a total of $350.00 has been collected and forwarded to the Clerk of the Court. The payments shall be clearly identified by the name and number assigned to this action.**

3. The Clerk of the Court is directed to serve a copy of this order and a copy of plaintiff's in forma pauperis application on the Sheriff of Fresno County at the Fresno County Jail, via the court's electronic case filing system (CM/ECF).

4. The Clerk of the Court is directed to serve a copy of this order on the Financial Department, U.S. District Court, Eastern District of California, Fresno Division.

IT IS SO ORDERED.

Dated:   September 1, 2011            /s/ Sheila K. Oberto
                                     UNITED STATES MAGISTRATE JUDGE