# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID NAVARRO, | CASE NO. 1:11-cv-1459-LJO-SKO |
| Plaintiff, | **ORDER DIRECTING SERVICE BY THE UNITED STATES MARSHAL WITHOUT PREPAYMENT OF COSTS** |
| v. | |
| K. XIONG, et al., | |
| Defendants. | |

On January 26, 2012, the Court found service of the First Amended Complaint (Doc. No. 12) appropriate as to Defendants G. Tushnet and K. Xiong ("Defendants"). Plaintiff is proceeding *in forma pauperis* pursuant to 28 U.S.C. § 1915. On January 26, 2012, the Court ordered Plaintiff to provide information for service of process on form USM-285, sufficient copies of the complaint for service, and a notice of compliance. Plaintiff has filed the required papers. (Doc. 17.)

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of the Court is directed to forward the following documents to the United States Marshal:

    (a) One completed and issued summons for each Defendant to be served;

    (b) One completed USM-285 form for each Defendant to be served;

    (c) One copy of the First Amended Complaint (Doc. No. 12) filed for each Defendant to be served, plus an extra copy for the Marshal;

      (d)    One copy of this order for <u>each</u> Defendant to be served, plus an extra copy for the Marshal;

      (e)    One copy of the Court's Order Re Consent or Request for Reassignment for <u>each</u> Defendant to be served.

2. Within ten (10) days from the date of this order, the United States Marshal is directed to notify the following Defendants of the commencement of this action and to request a waiver of service in accordance with the provisions of Fed. R. Civ. P. 4(d):

**G. Tushnet**

**K. Xiong**

3. The United States Marshal is directed to retain the summons and a copy of the First Amended Complaint (Doc. No. 12) in its file for future use.

4. The United States Marshal shall file returned waivers of service as well as any requests for waivers of service that are returned as undelivered as soon as they are received.

5. If a waiver of service is not returned by a Defendant within sixty (60) days of the date of mailing the request for waiver, the United States Marshal shall:

      (a)    Personally serve process and a copy of this order upon the Defendants pursuant to Rule 4 of the Federal Rules of Civil Procedure.

      (b)    Within ten days after personal service is effected, the United States Marshal shall file the return of service for the Defendants, along with evidence of any attempts to secure a waiver of service of process and of the costs subsequently incurred in effecting service on said Defendants. Costs shall be enumerated on the USM-285 form and shall include the costs incurred by the Marshal's office for photocopying additional copies of the summons and complaint and for preparing new USM-285 forms, if required. Costs of service will be taxed against the personally-served Defendant in accordance with the provisions of Fed. R. Civ. P. 4(d)(2).

6. In the event that Defendants make an appearance in this action by filing an answer, dispositive motion, or other pleading, the United States Marshal Service need not personally serve

that Defendant.

      7.  In the event that Defendants either waive service or are personally served, Defendants are required to respond to the First Amended Complaint (Doc. No. 12).  42 U.S.C. §1997e(g)(2).

IT IS SO ORDERED.

**Dated:**   **February 23, 2012**             /s/ Sheila K. Oberto
                                                UNITED STATES MAGISTRATE JUDGE