IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID NAVARRO, | CASE NO. CV F 11-1459 LJO SKO |
| Plaintiff, | **ORDER TO DISMISS AND TO CLOSE ACTION** |
| vs. | (Doc. 2617.) |
| G. TUSHNET, BADGE #1118, et al., | |
| Defendants. | |

Pursuant to stipulation of the parties,

IT IS SO ORDERED THAT:

The within matter is dismissed in its entirety, with prejudice, as to Defendants G. Tushnet and K. Xiong.

All parties are to bear their respective costs and attorney fees.

The clerk is directed to close this action.

IT IS SO ORDERED.

Dated:   August 29, 2012            /s/ Lawrence J. O'Neill
                                    UNITED STATES DISTRICT JUDGE

1